# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:                                                                                  Case #12-29544-RAM
**Debtor:** Fernando Alpern                                                 Chapter 13

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed loss mitigation Mediator, reports to the court as follows:**

**A.** The final Loss Mitigation Mediation (LMM) conference was conducted on 02-19-2014 and the following parties were present:

1. [ x ] The Debtor: Fernando Alpern
2. [ x ] The Debtor's Attorney: Mitchell Nowack
3. [ x ] The Lender's Representative: Gina Martin
4. [ x ] The Lender's Attorney: Anila Rasul

**B.** The final LMM conference was scheduled for 02-19-2014 but not conducted for the following reason:

1. [   ] The parties settled prior to attending
2. [   ] The case was dismissed
3. [   ] The debtor failed to attend
4. [   ] The debtor's attorney failed to attend
5. [   ] The lender failed to attend
6. [   ] The lender's attorney failed to attend
7. [   ] Other

**C.** The result of the LMM conference is as follows:

1. [ x ] The parties reached an agreement
2. [   ] The parties did not reach an agreement


Dated: 11.05.14                              Signature of Mediator:          //s// Robin Weiner
                                                     Printed Name: Robin Weiner
                                                     Address: 151 North Nob Hill Road #132 Plantation, FL 33324
Copies To:                                    Phone: (754) 227-9449
[All Parties to Mediation]            Email: impartialmediator@gmail.com